IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PRAGMATUS TELECOM, LLC          )
                                )
          Plaintiffs,           )          C. A. No.:  12-1547-RGA
                                )
          v.                    )          **JURY TRIAL DEMANDED**
                                )
LANDS' END, INC.,               )
                                )
          Defendant.            )

## DEFENDANT LANDS' END, INC.'S
## NOTICE OF WITHDRAWAL OF MOTION TO DISMISS DUE TO MOOTNESS

WHEREAS plaintiff Pragmatus Telecom, LLC ("Pragmatus") has filed a First Amended Complaint (D.I. 11), which under the Federal Rules of Civil Procedure supersedes Pragmatus's original Complaint (D.I. 1); and

WHEREAS the First Amended Complaint has thereby rendered moot defendant Lands' End, Inc.'s ("Lands' End") Motion to Dismiss Count I of the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) (D.I. 9);

NOW, THEREFORE, please take notice that Lands' End's Motion to Dismiss Count I of the Complaint (D.I. 9) is hereby withdrawn without prejudice.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

PROSKAUER ROSE LLP
Steven M. Bauer
Kimberly A. Mottley
Joel Cavanaugh
One International Place
Boston, MA  02110-2600
(617) 526-9600

/s/ Monté T. Squire
Melanie K. Sharp (No. 2501)
Monté T. Squire (No. 4764)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE  19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
msharp@ycst.com

Dated: February 28, 2013

*Attorneys for Lands' End, Inc.*

01:13386179.1