IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PRAGMATUS TELECOM, LLC,

                Plaintiff,

      v.

LANDS' END, INC.,

                Defendant.

C.A. No. 12-1547-RGA

**DEFENDANT LANDS' END, INC.'S MOTION TO STAY PENDING
REEXAMINATION OF THE PATENTS-IN-SUIT AND SUPPORTING BRIEFS**

Defendant Lands' End, Inc. ("Lands' End") moves to stay this case pending the ex parte reexamination of U.S. Patent No. 6,311,231 (Control No. 90/012,617) and the inter partes reexamination of U.S. Patent No. 6,668,286 (Control No. 95/002,317). Lands' End joins in and incorporates the arguments set forth in the briefs filed by defendants HSN, Inc. (C.A. No. 12-1546, D.I. 10) and Bosch Security Systems Inc. (C.A. No. 12-1650, D.I. 10).

Plaintiff  Pragmatus Telecom, LLC has alleged that Lands' End, HSN, Inc. and Bosch Security Systems each "infringe directly one or more claims of" U.S. Patent Nos. 6,311,231 and 6,668,286. See D.I. 9, ¶¶ 10, 13; C.A. No. 12-1546, D.I. 1 ¶¶ 10, 13; C.A. No. 12-1650, D.I. 11 ¶¶ 10, 13.

Dated:  April 23, 2013                          FISH & RICHARDSON P.C.


                                                By:  */s/ Susan M. Coletti*
                                                     Susan M. Coletti (#4690)
                                                     222 Delaware Ave, 17th Floor
                                                     P.O. Box 1114
                                                     Wilmington, DE  19801
                                                     302-778-8434
                                                     coletti@fr.com

                                                *Attorneys for Defendant*
                                                *Lands' End, Inc.*

## RULE 7.1.1. CERTIFICATION

I hereby certify that I spoke with Brian Farnan, counsel for Pragmatus Telecom, LLC on April 19, 2013 regarding the substance of this Motion.  Pragmatus Telecom, LLC opposes this motion.


*/s/ P. Weston Musselman, Jr.*
P. Weston Musselman, Jr.
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 23, 2013, upon the following in the manner indicated:

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br><br>Brian E. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>bfarnan@farnanlaw.com | *Attorneys for Plaintiff*<br>*PRAGMATUS TELECOM, LLC* |
| Margaret Elizabeth Day, Esquire<br>Ian N. Feinberg, Esquire<br>David L. Alberti, Esquire<br>Clayton Thompson, Esquire<br>Marc C. Belloli, Esquire<br>Sal Lim, Esquire<br>Yakov Zolotorev, Esquire<br>FEINBERG DAY ALBERTI &THOMPSON LLP<br>401 Florence Street, Suite 200<br>Palo Alto, CA 94301<br>eday@feinday.com<br>ifeinberg@feinday.com<br>dalberti@feinday.com<br>cthompson@feinday.com<br>mbelloli@feinday.com | *Attorneys for Plaintiff*<br>*PRAGMATUS TELECOM, LLC* |

*/s/ Susan M. Coletti*
Susan M. Coletti